No. 562. PICCOLELLA v. COMMISSIONER OF IMMIGRATION, ELLIS ISLAND. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-

724

ond Circuit denied. *Messrs. Charles Dickerman Williams* and *Carol Weiss King* for petitioner. *Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for respondent.